[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  17-12168
Non-Argument Calendar

_____

D.C. Docket No. 3:16-cr-00007-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL LEONARD HODGE,
a.k.a. Bubba,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(January 19, 2018)

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in

Appellant's plea agreement is GRANTED.  *United States v. Bushert*, 997 F.2d

1343, 1350 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was

made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (enforcing a sentence appeal waiver where the defendant agreed that she understood the waiver provision and entered into it freely and voluntarily); *United States v. Cesal*, 391 F.3d 1172, 1182 (11th Cir. 2004) (enforcing a sentence appeal waiver where the district court read the waiver exceptions and the defendant stated that he had read the plea agreement and understood it), *vacated and remanded on other grounds*, 545 U.S. 1101 (2005), *reinstated,* No. 03-15090, manuscript op. at 3 (11th Cir. July 13, 2005).